IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHI PIERSON<br>on behalf of herself and<br>similarly situated employees,<br><br>    Plaintiffs,<br><br>v.<br><br>RESORT LIFESTYLE COMMUNITIES,<br><br>    Defendant. | Civil Action No. 23-1512 |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

AND NOW, come the Parties, Plaintiff Kathi Pierson, on behalf of herself and similarly situated employees and Defendant Resort Lifestyle Communities, by and through their respective counsel and hereby provide notice to this Court that the parties have reached an agreement in principle to resolve the above-captioned litigation. The parties are in the process of finalizing a written Settlement Agreement and expect to file a Stipulation of Dismissal with prejudice by December 11, 2023.

                                                 Respectfully submitted,

                                                 /s/ Phillip E. Raymond
                                                 Phillip E. Raymond, Esq.
                                                 Pa. I.D. No. 325734
                                                 DINSMORE & SHOHL LLP
                                                 1300 Six PPG Place
                                                 Pittsburgh, PA 15222
                                                 412.288.5861 (t)
                                                 412.281.5055 (f)
                                                 Phillip.raymond@dinsmore.com
                                                 *Counsel for Defendant Resort Lifestyle Communities*

Joined in and consented to by
*Joseph H. Chivers*
Joseph H. Chivers, Esq.
**Counsel for the Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Joint Notice of Settlement in Principle was served upon the following this 13th day of November, 2023 by the Court's CM/ECF System and E-Mail:

       VIA CM/ECF

       Joseph H. Chivers
       100 First Avenue
       Suite 1010
       Pittsburgh, PA 15222
       (412) 227-0763
       Email: jchivers@employmentrightsgroup.com

       /s/ Phillip E. Raymond
       Phillip E. Raymond, Esq.