UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
**KATHRYN PIERSON,** :
**on behalf of herself and** :
**similarly situated employees** :
:
      *Plaintiff,* : **Civil Action No. 2:23-cv-01512**
:
      v, : **Honorable Marilyn J. Horan**
:
**RESORT LIFESTYLE COMMUNITIES** :
:
      *Defendant.*
------------------------------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Joseph H. Chivers* <br> Joseph H. Chivers <br> jchivers@employmentrightsgroup.com <br> The Employment Rights Group LLC <br> First & Market Building <br> 100 First Avenue, Suite 650 <br> Pittsburgh, PA  15222 <br><br> *Counsel for Plaintiff* <br> *Kathryn Pierson* | s/ *Phillip E. Raymond* <br> Phillip E. Raymond <br> Phillip.raymond@dinsmore.com <br> Dinsmore & Shohl LLP <br> 1300 Six PPG Place <br> Pittsburgh, PA 15222 <br><br> *Counsel for Defendant* <br> *Resort Lifestyle Communities* |

DATED: November 22, 2023