UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------- x
**KATHRYN PIERSON,**                         :
on behalf of herself and                     :
similarly situated employees                 :
                                             :
    *Plaintiff*,                        : **Civil Action No. 2:23-cv-01512**
                                             :
    v,                                   : **Honorable Marilyn J. Horan**
                                             :
**RESORT LIFESTYLE COMMUNITIES**             :
                                             :
    *Defendant.*
-------------------------------------------------- X

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

DATED: _____        _____
                                                                                                                        Marilyn J. Horan
                                                                                                                        United States District Judge