**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KATHRYN PIERSON, on behalf of herself and similarly situated employees** | : | |
| ***Plaintiff,*** | : | **Civil Action No. 2:23-cv-01512** |
| **v,** | : | **Honorable Marilyn J. Horan** |
| **RESORT LIFESTYLE COMMUNITIES** | : | |
| ***Defendant.*** | | |

**ORDER OF COURT**

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

DATED: 4/21/2026

Marilyn J. Horan
United States District Judge